UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHANISE SHIDAGIS,

                                  Plaintiff,                        3:23-cv-32 (BKS/ML)

v.

JILL DOMINGUEZ, Case Manager,

                                Defendant.
_____

**Appearances:**

*Plaintiff pro se:*
Shanise Shidagis
Endicott, NY 13760

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

      Plaintiff pro se Shanise Shidagis filed this action alleging defamation and libel against Defendant Jill Dominguez, Case Manager. (Dkt. No. 1). This matter was referred to United States Magistrate Judge Miroslav Lovric who, on January 17, 2023, issued a Report-Recommendation recommending that Plaintiff's complaint be dismissed without prejudice and without leave to replead because the Court lacks subject matter jurisdiction. (Dkt. No. 5). Magistrate Judge Lovric advised Plaintiff that under 28 U.S.C. § 636(b)(1), she had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 7–8). Plaintiff did not file an objection to the Report-Recommendation.

      As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See*

*Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 5) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE BUT WITHOUT LEAVE TO REPLEAD**; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: February 21, 2023
      Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge